# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:17-CV-550-GCM

| | |
|---|---|
| **TIMOTION USA, INC.,** ) | |
|     **Plaintiff,** ) | **ORDER** |
| ) | |
| **V.** ) | |
| ) | |
| **ODDELLO INDUSTRIES, LLC,** ) | |
|     **Defendant.** ) | |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. The trial in this matter is RE-SET for **April 8, 2019** in Courtroom #2-2.

IT IS SO ORDERED.

Signed: February 19, 2019

Graham C. Mullen
United States District Judge