IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CV-550-GCM

| | |
|---|---|
| TIMOTION USA, INC., | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ODDELLO INDUSTRIES, LLC, | ) |
|       Defendant. | ) |

## **ORDER**

THIS MATTER COMES before the Court on the Court's own motion. The trial in this matter is continued. The court will reset the trial date via separate Notice.

IT IS SO ORDERED.

Signed: April 1, 2019

Graham C. Mullen
United States District Judge