# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00550-GCM

| | |
|---|---|
| TIMOTION USA, INC., | )<br>) |
| Plaintiff, | )<br>) |
| v. | )     **ORDER** |
| | ) |
| ODDELLO INDUSTRIES, LLC, | )<br>) |
| Defendant. | )<br>) |

This matter is before the Court upon Plaintiff's Motion *in Limine* (Doc. No. 23) filed February 13, 2019, Defendant's Response (Doc. No. 29) filed February 27, 2019, and Plaintiff's Reply (Doc. No. 31), filed March 5, 2019. The Court hereby **denies** Plaintiff's Motion without prejudice and reserves the issue for trial.

**SO ORDERED**.

Signed: September 17, 2019

Graham C. Mullen
United States District Judge

1